UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-cv-3491

| | |
|---|---|
| Joshua Christianson, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Advantage Collection Professionals, LLC,<br><br>Defendant. | **CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Joshua Christianson ("Plaintiff"), individually and on behalf of a class of all others similarly situated (collectively "the Plaintiff Class" as defined more particularly below), sues Defendant Advantage Collection Professionals, LLC ("Defendant") for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq*.

## INTRODUCTION

1. This is a class action brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., to challenge Defendant's unlawful debt collection practices involving the transmission of text messages to consumers that exceed the narrow boundaries of the "limited-content message" exception recognized under 12 C.F.R. § 1006.2(j) and violate the FDCPA's prohibitions against deceptive, harassing, or unauthorized communications.

1

2. Specifically, Defendant sent unsolicited text messages to Plaintiff and members of the proposed class that included extraneous information and conveyed the purpose of the communication was to collect a debt—without proper disclosures or consent—violating 15 U.S.C. §§ 1692c(b), 1692d, and 1692e.

## JURISDICTION AND VENUE

3. Jurisdiction is proper under 15 U.S.C. § 1692k and 28 U.S.C. § 1331.

4. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in Minnesota and Defendant regularly transacts business here.

## PARTIES

5. Plaintiff Joshua Christianson is a natural person residing in Eau Claire, Wisconsin, and is a "consumer" as defined at 15 U.S.C. § 1692a(3).

6. Defendant is a corporation organized under the laws of Minnesota, with its principal office located at 495 2nd Ave SE, Cambridge, MN 55008, and is a "debt collector" as defined by 15 U.S.C. § 1692a(6). The defendant regularly collects or attempts to collect consumer debts using mail, telephone, and text messaging, including in Minnesota.

## FACTUAL ALLEGATIONS

7. Plaintiff allegedly incurred a consumer debt primarily for personal, family, or household purposes, specifically for medical services to Family Therapy Associates, a "debt" which is defined at 15 U.S.C. § 1692a(5).

8. On or about May 22, 2025, Defendant sent Plaintiff a text message that stated:

> Text Message • SMS
> Thu, May 22 at 10:48 AM
>
> Hi Joshua, you'll rcv acct msgs from Advantage Collections Professionals Debt Collector. # of msgs varies by acct. Msg&DataRatesMayApply. Please open the following letter for debt information with your options and rights: https://rv2.io/e0884d0d Use file# 2316901 to open.'?'s call 877-479-1500 T&C's https://s-url.pro/ACP_text To optout reply STOP

9. Defendant proceeded to send additional text messages to Plaintiff, on **May 27, 2025**, at 10:42 a.m., on **May 28, 2025**, at 10:36 a.m., and on **June 3, 2025**, at 9:19 a.m.

10. These text messages all stated:

> ACP, LLC Debt Collector Joshua we are trying to reach you regarding your account for Family Therapy Associates. Amount: 122.55. Please reply or pay online https://s-url.pro/Vg0tCJ, File#2316901. To discuss payment options call us at 877-479-1500 option 2. To opt out reply STOP

11. All the text messages sent by Defendant do not qualify as a "limited content message" as contemplated under Regulation F of the Fair Debt Collection Practices Act ("FDCPA"), 12 C.F.R. § 1006.2(j).

12. The above message is not a "limited-content message" as defined in Regulation F, 12 C.F.R. § 1006.2(j), because it:

a. Includes the amount owed;
b. States the name of the original creditor;
c. Indicates consequences of non-payment; and
d. Discloses that it is an attempt to collect a debt—all of which exceed the permissible content of a limited-content voicemail or text.

13. The text messages required Plaintiff, the consumer, to click on an embedded hyperlink, which redirected him, the consumer, to a full collection letter. This letter disclosed the full name of the debt collector (Defendant Advantage Collection Professionals LLC), the name of the creditor (Family Therapy Associates), the amount allegedly owed, and a link to pay now, thereby transforming the message into a debt collection communication subject to all FDCPA requirements.

14. The Defendant's use of a hyperlink to circumvent disclosure obligations—while still conveying core debt collection content—renders the communication deceptive and in violation of 15 U.S.C. § 1692e and § 1692g(a).

15. Defendant's message was not preceded by a § 1692g(a) notice, nor did it follow proper consent protocols for electronic communication, thereby violating §§ 1692c(a), 1692c(b), 1692d, and 1692e.

16. Defendant's message was received at a time when Plaintiff had not consented to receive debt collection communications via text message and had not provided prior express consent.

17. Plaintiff was annoyed, confused, and alarmed by the message and suffered emotional distress.

## CLASS ALLEGATIONS

18. Plaintiff brings this action individually and on behalf of a class defined as:

    *All persons living in Wisconsin or Minnesota who received a text message from Defendant within one year preceding the filing of this complaint that (1) was not a limited-content message under Regulation F; and (2) did not include proper FDCPA disclosures or violated 15 U.S.C. §§ 1692c, 1692d, or 1692e.*

5

19. The Class is so numerous that joinder is impracticable. Upon information and belief, the Class includes hundreds or thousands of individuals.

20. Questions of law and fact are common to the class, including:
    - Whether the messages exceeded the scope of limited-content messages;
    - Whether the communications violated 15 U.S.C. § 1692c;
    - Whether the communications were misleading under § 1692e; and
    - Whether Plaintiff and Class Members are entitled to statutory damages.

21. Plaintiff's claims are typical of the Class, and she will fairly and adequately represent the Class.

22. A class action is superior to other methods for the fair and efficient adjudication of this controversy.

## TRIAL BY JURY

23. Plaintiff is entitled to and hereby demands a trial by jury. U.S. Const. Amend. 7. Fed. R. Civ. P. 38.

## CLAIM FOR RELIEF

**Count I – Violation of the FDCPA (15 U.S.C. §§ 1692c, 1692d, 1692e)**

24. Plaintiff incorporates all preceding paragraphs.

25. Defendant violated 15 U.S.C. §§ 1692c(a)(1) by sending unauthorized communications to Plaintiff's cell phone without prior express consent.

26. Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse.

6

27. Defendant violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representations in connection with the collection of a debt, including improper disclosures via text.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, respectfully requests the Court:

A. Certify the proposed Class and appoint Plaintiff as Class Representative and her counsel as Class Counsel;

B. Declare that Defendant's conduct violates the FDCPA;

C. Award statutory damages of $1,000 to Plaintiff and up to $500,000 or 1% of Defendant's net worth to the Class, pursuant to 15 U.S.C. § 1692k;

D. Award actual damages, if applicable;

E. Award costs and reasonable attorney's fees; and

F. Grant such other and further relief as the Court deems just and proper.

Dated this 4th of September 2025.

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
Carter B. Lyons, Esq.
Attorney I.D. #: 0403655
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

*ATTORNEYS FOR PLAINTIFF*

## **VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF**

I, Joshua Christianson, having first been duly sworn and upon oath, depose and say as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all the facts contained in it are true, to the best of my knowledge, information, and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not intended for any improper purpose, such as to harass Defendants, cause unnecessary delay to Defendants, or create a needless increase in the cost of litigation to Defendants named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Dated this 27th day of August 2025.

                                                                                      s/Joshua Christianson
                                                                                      Joshua Christianson